IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RENNY FARLEY, Inmate #R33023,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**ILLINOIS DEPARTMENT OF** )<br>**CORRECTIONS,** )<br>)<br>**Defendants.** ) | **CIVIL NO. 07-152-WDS** |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as for failure to state a claim upon which relief can be granted.  Dismissal is with prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.  Plaintiff shall take nothing from this action.

June 25, 2007                             By:   **WILLIAM D. STIEHL**
*Date*                                                        *District Judge*